This document was signed electronically on October 25, 2009, which may be different from its entry on the record.

IT IS SO ORDERED.



_____
Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

Dated: October 25, 2009

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | Janet M Desouza<br>XXX-XX-2120 | ) Chapter 13 Case No. 07-12672-M<br>)<br>) Hon. Pat E. Morgenstern-Clarren<br>) |
| | Debtor | ) |

## ORDER DISMISSING CASE AND RELEASING
## INCOME OF DEBTOR FROM THE JURISDICTION OF THE COURT

This case came on for hearing on October 20, 2009 upon the Trustee's Motion to Dismiss Case for Lack of Feasibility ("Trustee's Motion"), and upon the Objection thereto filed by the debtor. The Objection to Trustee's Motion filed by the debtor is hereby overruled.

The Trustee's Motion is granted, and the case is hereby dismissed for the following reason(s):

X    The Plan proposed by the Debtor is not feasible in that payments would extend beyond 60 months.

The Debtor and/or the Debtor's employer, as well as the future income of the Debtor, is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

Submitted by:
/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## SERVICE LIST

Craig Shopneck, Chapter 13 Trustee

Office of the U.S. Trustee (served via ECF)

All creditors and parties of interest

Alexander V Sarady, Attorney for Debtor (served via ECF)

Janet M Desouza, Debtor
4221 River Ridge Drive
Cleveland OH 44109

Cuyahoga County, Employer
Attn: Payroll, Po Box 94961
Cleveland OH 44101



CS/bas
10/23/09